UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARIA SALVADOR, | No. C 10-05262 MEJ |
| Plaintiff, | **ORDER VACATING CMC & HEARING RE: PLAINTIFF'S MOTION TO REMAND** |
| v. | |
| HILTON WORLDWIDE INC, | |
| Defendant(s). | |
| _____/ | |

The Court is in receipt of the parties' Joint Case Management Statement, filed February 24, 2011. As Plaintiff's motion to remand remains pending, the Court finds a case management conference premature at this time and VACATES the March 3, 2011 c.m.c. Further, the Court VACATES the March 17, 2011 hearing on Plaintiff's motion to remand. Plaintiff shall file her reply by March 3, 2011, and the Court shall determine if a hearing is necessary at that time, or if the matter can be deemed submitted on the papers without oral argument.

**IT IS SO ORDERED.**

Dated: February 25, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge